No. 5058.—PUEBLO, apldo., *v.* TIRADO, aplte.—C. D. Bayamón. Mayo 17, 1933.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

POR CUANTO, todo lo que se alega para sostener el recurso es que la prueba no demuestra la intención criminal del acusado; y

POR CUANTO, examinada dicha prueba se encuentra que demuestra no sólo que el acusado manejó su automóvil por las calles de la población de Bayamón con su luz roja apagada, si que examinado el aparato resultó que no tenía bombilla, hecho que excluye la posibilidad de que se hubiera descompuesto momentáneamente sin culpa alguna del acusado;

Por tanto, se declara el recurso sin lugar y se confirma la sentencia apelada que condenó al acusado a pagar una multa de $3.00 y las costas por infracción a la Ley de Automóviles, art. 8, letra (a).